# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
|     **HENRY JACOBS** | * | Case No. 08-0666 |
| | * | |
|     Debtor | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

**NOW COMES** the debtor, by and through counsel, and respectfully says to the Court that 11 U.S.C. § 521(a)(1)(B)(iv) requires the debtor to file copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor. The debtor herein alleges that debtor was not employed within that time frame and, therefore, debtor does not have any documentation to file pursuant to the said Code section.

/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr., #453695
122 North Alfred Street
Alexandria, Virginia 22314
703.838.9004
Counsel for debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this __23rd__ day of October, 2008, I sent, via electronic service or first class mail, postage pre-paid, a copy of the above Statement to the United States Trustee and the Chapter 7 Trustee.

/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr., #453695