## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
|     **HENRY JACOBS** | * | **Case No. 08-0666** |
| | * | |
|     **Debtor** | * | **Chapter 13** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT PURSUANT TO 11 U.S.C. §521(c)

    **NOW COMES** the debtor, by and through counsel, and respectfully says to the Court that 11 U.S.C. § 521(c) requires the debtor shall file with the Court a record of any interest that a debtor has in an education individual retirement account (as defined in §530(b)(1) of the Internal Revenue Code of 1986) or under a qualified State tuition program (as defined in §529(b)(1) of such Code).

    The debtor herein alleges that he does not have an interest in any such account. As such, the debtor does not have any documentation to provide pursuant to the said Code section

    /s/ Tommy Andrews, Jr.
    Tommy Andrews, Jr., #453695
    122 North Alfred Street
    Alexandria, Virginia 22314
    703.838.9004
    Counsel for debtor

### **CERTIFICATE OF SERVICE**

    I hereby certify that on this __23rd__ day of October, 2008, I sent, via electronic service or first class mail, postage pre-paid, a copy of the above Statement to the United States Trustee , the Chapter 13 Trustee and any interested creditors.

    /s/ Tommy Andrews, Jr.
    Tommy Andrews, Jr., #453695